United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DIANA CECILIA COBARRUBIAS-LOPEZ, *Petitioner,* | § § § § | |
| v. | § § | Civil No. 5:26-cv-00215 |
| WARDEN, LAREDO DETENTION CENTER, MIGUEL VERGARA, KRISTI NOEM, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR), *Respondents.* | § § § § § § § § § § § § § | |

**ORDER**

On June 4, 2026, the District Court issued an Order granting in part Petitioner's Petition for Writ of Habeas Corpus. Dkt. No. 9. In the Court's Order, the Parties were ordered to notify the Court of the status of Petitioner's release by June 8, 2026, at 5:00 p.m. *Id.* at 1. Moreover, Respondents were ordered to notify Petitioner's counsel of the exact time and location of Petitioner's release at least two hours prior to her release from custody. However, neither party has filed an advisory to the Court regarding Petitioner's release to date. The Parties are **ORDERED** to file an advisory notifying the Court whether Petitioner was successfully released pursuant to its Order by **July 10, 2026**. The Clerk of Court is **DIRECTED** to send a copy of this Order by electronic mail to Respondents at USATXS.CivilNotice@usdoj.gov.

IT IS SO ORDERED

Signed this June 26, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge