United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DIANA CECILIA COBARRUBIAS-LOPEZ, *Petitioner,* | § § § § | |
| v. | § § | Civil No. 5:26-cv-00215 |
| WARDEN, LAREDO DETENTION CENTER, MIGUEL VERGARA, KRISTI NOEM, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR), *Respondents.* | § § § § § § § § § § § § § | |

**ORDER**

The Parties were previously ordered to notify the Court whether Petitioner was successfully released from immigration detention. Dkt. Nos. 9, 11. No advisory has been filed to date. Accordingly, Petitioner's counsel is **ORDERED** to file an advisory notifying the Court whether Petitioner has been released and whether Petitioner is opposed to entry of final judgment by **August 11, 2026**. *See* Fed. R. Civ. P. 58.

IT IS SO ORDERED

Signed this August 4, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge